# Court of Appeals
# of the State of Georgia

ATLANTA, __April 04, 2024__

*The Court of Appeals hereby passes the following order:*

**A24A1194. DAVORIC TILMAN v. THE STATE.**

After a jury found Davoric Tilman guilty of two counts of aggravated stalking, his counsel filed a timely motion for a new trial. Two days later, Tilman filed a pro se notice of appeal. Pretermitting whether Tilman's pro se notice of appeal is valid,[1] we lack jurisdiction because the appeal is premature.

Under OCGA § 5-6-34 (a) (1), appeals generally may be taken from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below." And under OCGA § 5-6-38 (a), "[a] notice of appeal must be filed within 30 days of the judgment being appealed, or, if a motion for new trial is filed within 30 days of the judgment, 'the notice shall be filed within 30 days after the entry of the order granting, overruling, or otherwise finally disposing of the motion.'" *Hann v. State*, 292 Ga. App. 719, 719 (1) (665 SE2d 731) (2008) (quoting OCGA § 5-6-38 (a)). Here, the record contains no indication that the trial court has ruled on Tilman's counseled motion for a new trial. His pro se notice of appeal — filed while his motion for a new trial remains pending before the trial court — therefore is premature, even if it is not a nullity. See *High v. State*, 282 Ga. 244, 244, n. * (647 SE2d 270) (2007); see also *Johnson v. State*, 315 Ga. 876, 889 (3) (885 SE2d 725) (2023) (overruling prior decisions "to the extent that they hold that pro se filings by counseled defendants are

---

[1] See *Johnson v. State*, 315 Ga. 876, 890-891 (4) & n. 15 (885 SE2d 725) (2023) (discussing the limited circumstances in which a criminal defendant is authorized to file pro se pleadings while represented by counsel).

*always* legal nullities"). "A notice of appeal filed while a motion for new trial is pending and unaccompanied by a proper certificate of immediate review does not confer jurisdiction in the appellate courts." *Hann*, 292 Ga. App. at 720 (1); see also OCGA § 5-6-34 (b). Consequently, we lack jurisdiction over this premature appeal, which is hereby DISMISSED.[2]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/04/2024

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*

_____, *Clerk.*

---

[2] Because we lack jurisdiction for the reason stated above, we take no position on the question of whether Tilman's pro se notice of appeal is a legal nullity. See generally *Johnson*, 315 Ga. at 889-891 (3)-(4) & n. 15.